# United States District Court
for the
District of Utah

FILED US District Court-UT
JUN 21 '21 AM 11:08

UNITED STATES OF AMERICA

V.

**Justin Michael Vanderwoude, et al.**

Case No: **1:21-CR-00073-002 RJS**

## ARREST WARRANT

 **ORIGINAL**

To:   The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **DANA JEAN STEELE**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Methamphetamine with Intent to Distribute; Felon in Possession of Firearms**

in violation of   **21:841(a)(1); 18:922(g)(1)**                                                                 United States Code.

D. Mark Jones
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

By:   Aimee Trujillo
Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 9, 2021 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                                                                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-9-2021 | T. Ketelaar/DUSM | _(signature)_ |
| DATE OF ARREST | | |
| 6-17-2021 | | |