United States Probation Office
For the District of Utah

**Report on Defendant Under Pretrial Supervision**

Name of Defendant:  Dana Jean Steele          Docket No.: 1:21CR00073-002

Name of Judicial Officer:   Honorable Daphne A. Oberg
                            U.S. Magistrate Judge

Date of Release: June 17, 2021

---

On June 17, 2021, the defendant was released after appearing on charges of Possession of Methamphetamine with Intent to Distribute and Felon in Possession of Firearms, under the following conditions:

(a) maintain or actively seek verifiable employment and/or maintain or commence an educational program as approved by the pretrial officer.
(b) abide by the following restrictions on his/her personal associations, place of abode, or travel:
   ☒ (i) maintain residence and do not change without prior permission from the pretrial officer.
   ☒ (ii) not travel outside the state of Utah without prior permission from the pretrial officer.
   ☒ (iii) not travel outside the United States without prior permission from the Court.
(d) avoid all contact with those named persons, who are considered either alleged victims, potential witnesses and/or codefendants.
(e) report on a regular basis to the pretrial officer as directed.
(f) not possess a firearm, ammunition, destructive device, or other dangerous weapon.
(h) not use or unlawfully possess a narcotic drug and other controlled substances defined in 21 U.S.C.§ 802 unless prescribed by a licensed medical practitioner. Prescriptions should be reported to the pretrial officer.
(i) submit to drug/alcohol testing as directed by the pretrial officer; defendant shall pay all or part of the cost of the drug testing:
   ☒ (2) if testing reveals illegal drug use, the court will be notified immediately, with further action to be determined.
(k) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial officer; defendant shall pay all or part of the cost of the program, based upon your ability to pay as the pretrial officer determines.
(m) surrender any passport to the United States Clerk of the Court, District of Utah.
(s) participate in one of the following location restriction program components and abide by its requirements as the pretrial officer instructs:
   ☒ (i)  Curfew. You are restricted to your residence every day ☒ as directed by the pretrial officer
(u) be monitored by the form of location monitoring technology, at the discretion of the pretrial services officer, and abide by all technology and program requirements. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services officer. Due to the ongoing pandemic, the location monitoring equipment shall be installed no more than 14 days after release or sooner if reasonably practicable. Prior to installation, the person under supervision will be monitored by the U.S. Probation Office through

  telephone contact, virtual means (i.e., Zoom, FaceTime, Google Duo, SmartLink), and socially distant in-person meetings if necessary.

(v) submit person, residence, office, or vehicle to a search, conducted by the pretrial officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant will warn any other residents that the premises may be subject to searches pursuant to this condition.

On October 29, 2021, the defendant submitted a drug test that was positive for opiates. The defendant denied use when this officer inquired so the sample was sent to the lab for further confirmation. On November 15, 2021, the sample from the lab came back positive for Codeine. This officer again asked the defendant about drug use. The defendant continued to deny any use and stated she has been sober for 110 days (since the incident in August 2021, which was also reported to the Court, involving the defendant being caught drinking excessive amounts of alcohol outside her directed curfew).

The defendant has been compliant with supervision since her release (apart from the aforementioned incident in August 2021). At this time, Pretrial Services is recommending no formal action be taken. Further noncompliance will be reported to the Court by way of a petition.

If the Court desires more information or another course of action, please contact me at 801-680-1566.

Respectfully submitted,

By   Annie Carr
U.S. Pretrial Services Officer
Date: November 15, 2021

THE COURT:

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

Honorable Daphne A. Oberg
U.S. Magistrate Judge
Date: November 16, 2021