**UNITED STATES DISTRICT COURT**

United States Courthouse
351 South West Temple,
Salt Lake City, UT 84101

**Jill N. Parrish**
United States District Judge

January 19, 2023

Bel-Ami J. de Montreux
10619 S Jordan GTWY, Ste 345
South Jordan, UT  84095
Montreuxfreres@aol.com

Dear Mr. Montreux,

Thank you for submitting an application to the U-ACT Program, on behalf of your client, Dana Jean Steele, 1:21cr00073 RJS.  As described in the InterAgency Agreement, a very limited number of participants will be selected and admission into the program is very competitive.  This letter is to inform you that the committee did not select Ms. Steele to participate in the program.

Sincerely,

*[signature: Jill N. Parrish]*

Jill N. Parrish
U-ACT Judicial Officer