BEL-AMI DE MONTREUX, # 6207
ATTORNEY AT LAW
**MONTREUX FRÈRES, P.C.**
10619 SOUTH JORDAN GATEWAY, SUITE 345
SOUTH JORDAN, UTAH 84095

TELEPHONE:     (801) 381-0571

E-MAIL: montreuxfreres@aol.com
        montreuxlegal@yahoo.com

**ATTORNEY FOR DEFENDANT**

_____
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : **MOTION TO RELEASE PASSPORT** |
| PLAINTIFF, | : **TO DEFENDANT** |
| | : |
| **VS.** | : |
| | : |
| DANA JEAN STEELE, | : CASE NO. 1:21-CR-00073 RJS |
| | : |
| DEFENDANT. | : HON. ROBERT J. SHELBY |

_____

The Defendant in this matter, Dana Jean Steele, respectfully moves the Court to release her passport so she can go on a cruise vacation. This matter was brought to the Court's attention at the last status conference.

Dated this 16th Day of August 2023.

/s/ Bel-Ami de Montreux
Bel-Ami de Montreux
Attorney for Defendant

**CERTIFICATE OF SERVICE**

On August 16, 2023, I caused to be served, via the Court's electronic filing system, a true and correct copy of the foregoing to all interested parties.

/s/ Bel-Ami de Montreux
Bel-Ami de Montreux
Attorney for Defendant
