BEL-AMI DE MONTREUX, # 6207
ATTORNEY AT LAW
**MONTREUX FRÈRES, P.C.**
10619 SOUTH JORDAN GATEWAY, SUITE 345
SOUTH JORDAN, UTAH 84095

TELEPHONE:     (801) 381-0571

E-MAIL: montreuxfreres@aol.com
        montreuxlegal@yahoo.com

**ATTORNEY FOR DEFENDANT**
_____
            IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **ORDER ON MOTION TO RELEASE** |
| PLAINTIFF, | : | **PASSPORT TO DEFENDANT** |
| | : | |
| **VS.** | : | |
| | : | |
| DANA JEAN STEELE, | : | CASE NO. 1:21-CR-00073 RJS |
| | : | |
| DEFENDANT. | : | HON. ROBERT J. SHELBY |

_____

   On Motion of Defendant to release passport and good cause appearing therefore,

   It is hereby ordered the motion is granted.

   Dated this _____ Day of _____ 2023.


            BY THE COURT:


            _____
            HON. ROBERT J. SHELBY
            U.S. DISTRICT COURT JUDGE

/s/ Bel-Ami de Montreux
Bel-Ami de Montreux
Attorney for Defendant

## CERTIFICATE OF SERVICE

On August 16, 2023, I caused to be served, via the Court's electronic filing system, a true and correct copy of the foregoing to all interested parties.

/s/ Bel-Ami de Montreux
Bel-Ami de Montreux
Attorney for Defendant