IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DANA JEAN STEELE,<br><br>　　　　　　Defendant. | **ORDER**<br><br><br><br>Case No. 1:21CR00073-002 RJS<br><br>District Judge Robert J. Shelby |

　　　　On August 24, 2023, the court entered an Order granting Defendant's motion for release of passport. The Defendant's motion stated she would be going on a cruise vacation.

　　　　The court hereby Orders that upon the completion of the Defendant's cruise vacation, she immediately return her passport to the Clerk's Office at the United States District Court.

　　　　Dated this 8th day of September 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ROBERT SHELBY
　　　　　　　　　　　　　　　　　　　　United States District Judge

BY THE COURT:

_____
Robert J. Shelby
United States District Judge