TRINA A. HIGGINS, United States Attorney (#7349)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
MARIA MOOERS-PUTZER, Assistant United States Attorney (#14730)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
nlyon@co.davis.ut.us

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANA JEAN STEELE,<br><br>    Defendant. | NOTICE OF INTENT TO RELY ON THE EXPERT TESTIMONY OF SPECIAL AGENT TYLER OLSON PURSUANT TO FED. R. CRIM. PRO. 16(a)(1)(G) AND FED. R. EVID. 702<br><br>Case No. 1:21-CR-73 RJS<br><br>Judge Robert J. Shelby |

The United States of America ("United States"), by and through the undersigned Assistant United States Attorney, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, hereby provides to defendant the following notice relating to expert testimony the United States may offer in the trial of this case.

The United States respectfully reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the experts to amend or adjust their opinions and bases for those opinions due to information made known to the experts before or during trial.

### Rule 702 and Rule 16(a)(1)(G) Expert Notice

Rule 702 of the Federal Rules of Evidence provides that "[a] witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an

opinion or otherwise if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case." The Advisory Committee Note to the 2000 Amendments to the rule provides that "if the witness is relying solely or primarily on experience, then the witness must explain how that experience leads to the conclusion reached, why that experience is a sufficient basis for the opinion, and how that experience is reliably applied to the facts [of the case]." The United States provides the following proffer to fulfill the above requirements and the requirement of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and describes "the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications."[1]

## Rule 16(a)(1)(G) Summary

### Interstate Nexus

The United States will offer expert testimony from ATF Tyler Olson.  Agent Olson will testify regarding the origin of the following five firearms involved in this case (collectively, the "subject firearms") as it relates to the interstate nexus element of 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearms):

- Armscor, Model 200, .38 caliber revolver, S/N: AP210314,
- Romarm/Cugir, Model PSL, 7.62 caliber rifle, S/N: R-9749-09
- Romarm/Cugir, Model GP WASR 10-/63, 7.62 caliber rifle, S/N: 1975FV4994
- Molot, Model VEPR, 7.62 caliber rifle, S/N: 12VBK9030
- Taurus, Model PT111 G2, 9mm caliber pistol, S/N: TIX41754

---

[1] *See United States v. Velarde*, 214 F.3d 1204 (10th Cir. 2000) (holding that a district court must make a reliability determination, but procedure for doing so within the discretion of the court).

Specifically, Agent Olson will testify that the subject firearms seized in this case on or about

January 28, 2021, and that are alleged to have been possessed by defendant, were manufactured

and/or traveled outside the state of Utah. By virtue of the subject firearms' presence in Utah,

Agent Olson will opine that the firearms traveled in and thereby affected commerce. Agent

Olson's opinion is based upon his examination of the relevant evidence and records pertaining to

subject firearms and upon his training, experience, and research performed on these firearms.

Agent Olson's report, which he will rely upon for his testimony, is attached hereto as

Exhibit 1.  The United States anticipates Agent Olson will testify consistent with his report

relating to the interstate commerce element under Count 1 of the Superseding Indictment for

each of the subject firearms.

### Rule 16(a)(1)(G) Qualifications

Agent Olson's qualifications and training are included in his CV, which is attached hereto

as Exhibit 2.  Agent Olson has extensive training and experience in, among other areas, firearms

classification, identification, origin and design, as outlined in his CV. He has been with the

Bureau of Alcohol, Tobacco, Firearms and Explosives since April 2008.

Agent Olson has received training relating to the identification of firearms and

ammunition, including completing:

- ATF Industry Operations Investigator Basic Training, ATF National Academy in Glynco, Georgia (2004).

- Criminal Investigator Training Program, Federal Law Enforcement Training Center in Glynco, Georgia (2008).

- ATF Special  Agent Basic Training, ATF National Academy in Glynco, Georgia (2008)

- ATF Firearms Interstate Nexus Training, ATF Firearms Technology Branch in Martinsburg, West Virginia (2012), which included specialized training on the definition of firearms, manufacturer and importer marking requirements, examining actual firearm markings, and reference material for researching firearms.

During the course of his duties, Agent Olson has had numerous contacts with Federal firearm importers, manufacturers, and dealers. Additionally, Agent Olson has examined thousands of firearms for the purpose of determining: (1) the manufacturer and/or importer, model, caliber/gauge, serial number, and place of manufacturer; (2) function and design; and (3) status as to the Gun Control Act and/or National Firearms Act.  Agent Olson also has toured many firearm and manufacturing facilities as listed in his CV. Further, Agent Olson has access to, among other resources, multiple internal ATF databases and other proprietary information relating to firearm tracing, registration, licensing, inspections, firearm markings, variances, and technical reports relating to the identification and classification of firearms and/or ammunition. Agent Olson has been recognized as an expert witness in determining the interstate nexus of firearms and ammunition in the United States District Court for the District of Utah and the District of Nevada.

Pursuant to Rule 16(a)(1)(G)(iii), Agent Olson does not have any publications over the last ten years.

Pursuant to Rule 16(a)(1)(G)(iii), Agent Olson has testified as an expert at trial or deposition three times in the following cases:

- *United States v. Brandon Keith Thompson*, Case No. 2:21-cr-00316-DBB (District of Utah), date of testimony: 1/31/2023.

- *United States v. William Eblon Dean*, Case No. 2:18-cr-00128-CW (District of Utah), date of testimony: 12/12/2018.

- *United States v. Fernando Miguel Samora*, Case No. 2:17-cr-00637-JNP (District of Utah), date of testimony: 7/31/2018.

Pursuant to Rule 16(a)(1)(G)(v), Agent Olson has reviewed this summary and filing, and has approved this filing.  Furthermore, she has allowed this filing to be electronically signed here:

/S/_Tyler K. Olson_____
TYLER K. OLSON
ATF Special Agent

DATED this 6ᵗʰ day of December, 2023.

TRINA A. HIGGINS
United States Attorney

/s/ Nathan D. Lyon___
NATHAN D. LYON
MARIA MOOERS-PUTZER
Assistant United States Attorneys

# ATTACHMENT A

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>Interstate Nexus Reports- Direct File Cases (FY 24) | Investigation Number:<br>788045-24-0002 | Report Number:<br>16 |
|---|---|---|

## SUMMARY OF EVENT:

<u>INTERSTATE NEXUS DETERMINATION</u>: On December 5, 2023, Special Agent (S/A) Tyler Olson determined that firearms involved in this investigation traveled in interstate and/or foreign commerce.

## NARRATIVE:

1. ATF Special Agent (S/A) Tyler Olson attended the ATF Firearms Interstate Nexus Training Course in Martinsburg, West Virginia, which included training on the definition of firearms, manufacturer and importer marking requirements, examining actual firearm markings, and receiving reference material for researching firearms and ammunition. S/A Olson has previously been recognized as an expert in determining the interstate nexus of firearms and ammunition in the United States District Court for the District of Utah and District of Nevada.

2. On December 5, 2023, S/A Olson determined that the following firearms were manufactured outside of the State of Utah, and therefore traveled in interstate and/or foreign commerce to arrive in the State of Utah:

   - Armscor, Model 200, .38 caliber revolver, serial number: AP210314, was manufactured by Armscor of the Philippines in the Philippines. The firearm was then imported into the United States by Armscor Precision Inc. dba Rock Island Armory in Pahrump, Nevada. The firearm was transferred to Williams Shooters Supply Inc. in Quincy, Illinois, and then Rods Armory Gallery in Boulder City, Nevada, where it was purchased by a Nevada resident. The firearm was recovered in Utah.

   - Romarm/Cugir, Model PSL, 7.62 caliber rifle, serial number: R-9749-09, was manufactured by Romarm/Cugir in Romania. The firearm was imported into the United States by Century Arms International in Georgia, Vermont. The firearm was then transferred to Centerfire Systems Inc. in Versailles, Kentucky, and then Kent Shooters Supply in Ogden, Utah, where it was purchased by an Oregon resident. The firearm was recovered in Utah.

   - Romarm/Cugir, Model GP WASR 10-/63, 7.62 caliber rifle, serial number: 1975FV4994, was manufactured by Romarm/Cugir in Romania. The firearm was imported into the United States by Century Arms International in Georgia, Vermont. The firearm was then transferred to Centerfire Systems Inc. in Versailles, Kentucky, and then Kent Shooters Supply in Ogden, Utah, where it was purchased by a Utah resident. The firearm was recovered in Utah.

| Prepared by:<br>Tyler K. Olson | Title:<br>Special Agent, Salt Lake City III | Signature: | Date: |
|---|---|---|---|
| Authorized by:<br>Randolph K. Owens Jr | Title:<br>Resident Agent in Charge, Salt Lake City III | Signature: | Date: |
| Second level reviewer (optional):<br>Christopher B. Beavers | Title:<br>Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)<br>For Official Use Only

- Molot, Model VEPR, 7.62 caliber rifle, serial number: 12VBK9030, was manufactured by Molot (Vyatskie Polyany Machine Building Plant) in Russia.  The firearm was imported into the United States by Tennessee Gun in Knoxville, Tennessee. The firearm was transferred to Kent Shooters Supply in Ogden, Utah, where it was purchased by a Utah resident.  The firearm was recovered in Utah.

- Taurus, Model PT111 G2, 9mm caliber pistol, serial number: TIX41754, was manufactured by Taurus in Brazil.  The firearm was imported into the United States by Taurus International in Miami, Florida. The firearm was transferred to Davidson's Inc. in Greensboro, North Carolina, and then Ace Firearms LLC in West Jordan, Utah, where it was purchased by a Utah resident.  The firearm was recovered in Utah.

3. S/A Olson further determined that these items are firearms as defined by Title 18, United States Code, Chapter 44, Section 921(a)(3).

4. This determination was made through knowledge, training, and experience, by referencing the Bureau of Alcohol, Tobacco, Firearms and Explosives list of firearm manufacturers, importers, and dealers, using proprietary ATF issued marking variances, ATF tracing information, and/or other industry related reference material.

5. The above determination is based on the description of the firearms from the ATF trace reports, and not on an actual examination of the firearms.

**ATTACHMENT:**

- Statement of Qualifications



**ATF Online**
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

- Home: My Trace Requests
- Create a Trace Request
- Search for Transactions
- Generate Statistical Reports
- Lead Reports
- Contact Us
- Log Off

# Firearm Trace Details

View the Referral Lists associated with this trace              Printer-Friendly Report(PDF)

[ Back ]

## Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210051068** | Request Date: | 02/03/2021 |
| Status: | Completed | eTrace User: | MKRUEG1 |
| Completion Date: | 03/03/2021 | | |

## Summary of Results

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | TAURUS | Type: | PISTOL |
| Caliber: | 9 | | |
| Model: | PT111 G2 | | |
| Serial Number: | TIX41754 | Country of Origin: | BRAZIL |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | TAURUS INTERNATIONAL MANUFACTURING INC, MIAMI FL | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

## Requestor Information

| | | |
|---|---|---|
| Law Enforcement Agency | Officer Last Name: | BURRELL |
| UT0290100 | | |
| OGDEN CITY POLICE DEPARTMENT | Officer Suffix: | |
| 2186 LINCOLN AVENUE | | |
| OGDEN, UT 84401 | | |
| UNITED STATES | Officer First Name: | KASEY |
| PHONE (801) 629-8221 Ext: | | |
| FAX (801) 629-8086 | | |
| | Officer Badge No.: | |
| | | |
| Agency Case No.: | 21N-94 | |

## Recovery Information

Firearm Recovered

| | | | |
|---|---|---|---|
| Recovery Date: | 01/28/2021 | Time to Crime: | 1895 days |
| Address: | 1231 VALHALLA DR<br>CLEARFIELD, UT 84015 | Vehicle Year: | |
| | | Vehicle Make: | |
| | | Vehicle Model: | |
| | | Vehicle Tag Number: | |
| Location Type: | RESIDENCE | Vehicle Tag State: | |
| | | Vehicle Tag Country: | |

## Dealer Information

### Dealer: 1

| | | | |
|---|---|---|---|
| Business Name: | TAURUS | | Out of Business |
| Licensee Name: | TAURUS INTERNATIONAL MANUFACTURING INC | | |
| Address: | 16175 NW 49TH AVE<br>MIAMI, FL 33014 | | |
| FFL Number: | 15923597 | Last Inspection: | 03/14/2014 |
| Contact Name: | | Phone: | (305) 624-1115 |
| Invoice Number: | | Transaction Date: | |

### Dealer: 2

| | | | |
|---|---|---|---|
| Business Name: | | | |
| Licensee Name: | DAVIDSONS INC | | |
| Address: | 8320 TRIAD DR<br>GREENSBORO, NC 27409 | | |
| FFL Number: | 15610266 | Last Inspection: | 11/20/2017 |
| Contact Name: | | Phone: | (336) 665-0644 |
| Invoice Number: | | Transaction Date: | 11/12/2015 |

### Dealer: 3

| | | | |
|---|---|---|---|
| Business Name: | ACE FIREARMS LLC | | |
| Licensee Name: | ARMED CITIZENS EDUCATION LLC | | |
| Address: | 5569 W SNAPDRAGON COVE<br>WEST JORDAN, UT 84081 | | |
| FFL Number: | 98702015 | Last Inspection: | 03/23/2022 |
| Contact Name: | | Phone: | (801) 347-8307 |
| Invoice Number: | | Transaction Date: | 11/17/2015 |

## Purchaser Information

| | | | |
|---|---|---|---|
| Name: | KENT BENSON CHUGG | Criminal History? | N/A |
| Last Known Address: | 7519 KAY LN<br>SOUTH WEBER, UT 84405 | Race: | WHITE |
| | | Sex: | M |
| Purchase Date: | 11/21/2015 | Height: | 5 ft 10 in |

|                |                               |              |              |
| -------------- | ----------------------------- | ------------ | ------------ |
|                |                               | Weight:      | 174 lbs      |
| DOB:           | 02/18/1955                    |              |              |
| POB:           | LOGAN, UT                     |              |              |
|                | UNITED STATES                 |              |              |
| ID 1:          | UT    DRIVER'S LICENSE        | #: 002194601 |              |
| Country 1:     | UNITED STATES                 |              |              |
| ID 2:          | UT   CONCEALED WEAPON PERMIT  | #: C120536   |              |
| Country 2:     | UNITED STATES                 |              |              |
| Alias Name:    |                               | Alias DOB:   |              |

## Possessor/Associate Information

**Possessor**

| Name:                  | DANA JEAN STEELE              | Criminal History?  | N/A          |
| ---------------------- | ---------------------------- | ------------------ | ------------ |
| Last Known Address:    | 1231 VALHALLA DR             | Race:              | WHITE        |
|                        | CLEARFIELD, UT 84015         |                    |              |
|                        |                              | Sex:               | F            |
|                        |                              | Height:            | 5 ft 8 in    |
|                        |                              | Weight:            | 175 lbs      |
| DOB:                   | 10/18/1967                   |                    |              |
| POB:                   |                              |                    |              |
|                        | UNITED STATES                |                    |              |
| ID 1:                  | SOCIAL SECURITY              | #:***_**_6158      |              |
| Country 1:             | UNITED STATES                |                    |              |
| ID 2:                  | FBI CRIMINAL ID              | #: 407764EB1       |              |
| Country 2:             | UNITED STATES                |                    |              |
| Alias Name:            |                              | Alias DOB:         |              |

**Associate**

| Name:                  | JUSTIN MICHAEL VANDERWOUDE    | Criminal History?  | N/A          |
| ---------------------- | ----------------------------- | ------------------ | ------------ |
| Last Known Address:    | 1231 VALHALLA DR              | Race:              | WHITE        |
|                        | CLEARFIELD, UT 84015          |                    |              |
|                        |                               | Sex:               | M            |
|                        |                               | Height:            | 5 ft 8 in    |
|                        |                               | Weight:            | 150 lbs      |
| DOB:                   | 10/21/1980                    |                    |              |
| POB:                   |                               |                    |              |
|                        | UNITED STATES                 |                    |              |
| ID 1:                  | SOCIAL SECURITY               | #:***_**_9846      |              |
| Country 1:             | UNITED STATES                 |                    |              |
| ID 2:                  | FBI CRIMINAL ID               | #: 190028TB7       |              |
| Country 2:             | UNITED STATES                 |                    |              |
| Alias Name:            |                               | Alias DOB:         |              |

## Administrative Information

| Priority:            | ROUTINE |                        |
| -------------------- | ------- | ---------------------- |
| NCIC Crime Code:     | 5212    | POSSESSION OF WEAPON   |
| Special Instructions: |         |                        |
| Gang Name?           |         |                        |

| Trace Indicators: | NAR - NARCOTICS RELATED |

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

### Sensitive but Unclassified - For Official Use Only

[ Back ]

*The information, which is made available thru the eTrace website, is <u>for official law enforcement use only</u>. ATF may only disseminate firearm trace related data to a Federal, State, local, tribal, or foreign law enforcement agency, or a Federal, State, or local prosecutor, solely in connection with and for use in a criminal investigation or prosecution; or a Federal agency for a national security or intelligence purpose. This provision shall not be construed to prevent the sharing or exchange of such information among and between Federal, State, local, or foreign law enforcement agencies, Federal, State, or local prosecutors, and Federal national security, intelligence, or counterterrorism officials.*

If you have difficulty accessing any information in the site due to a disability, please contact us via email ( etraceadmin@atf.gov ) and we will do our best to make the information available to you.

This site is best viewed at 800x600 screen resolution or higher using Internet Explorer 10.0 or higher, Edge, Firefox, or Chrome.

- *You are accessing a U.S. Government information system, which includes: (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.*
- *Unauthorized or improper use of this system may result in disciplinary action, and civil and criminal penalties.*
- *By using this information system, you understand and consent to the following:*
  - *You have no reasonable expectation of privacy regarding any communications transmitted through or data stored on this information system. At any time, the government may monitor, intercept, search and/or seize data transiting or stored on this information system.*
  - *Any communications transmitted through or data stored on this information system may be disclosed or used for any U.S. Government-authorized purpose.*
- *For further information see the Department order on Use and Monitoring of Department Computers and Computer Systems. (NIST 800-53)*



**ATF**Online
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

- Home: My Trace Requests
- Create a Trace Request
- Search for Transactions
- Generate Statistical Reports
- Lead Reports
- Contact Us
- Log Off

# Firearm Trace Details

View the Referral Lists associated with this trace                    Printer-Friendly Report(PDF)

[ Back ]

## Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210051092** | Request Date: | 02/03/2021 |
| Status: | Completed | eTrace User: | MKRUEG1 |
| Completion Date: | 03/18/2021 | | |

## Summary of Results

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT) | Type: | RIFLE |
| Caliber: | 762 | | |
| Model: | VEPR | | |
| Serial Number: | 12VBK9030 | Country of Origin: | RUSSIA |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | TG KNOX TN - TENNESSEE GUN, KNOXVILLE, TN | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

## Requestor Information

| | | |
|---|---|---|
| Law Enforcement Agency UT0290100 OGDEN CITY POLICE DEPARTMENT 2186 LINCOLN AVENUE OGDEN, UT 84401 UNITED STATES PHONE (801) 629-8221 Ext: FAX (801) 629-8086 | Officer Last Name: | BURRELL |
| | Officer Suffix: | |
| | Officer First Name: | KASEY |
| | Officer Badge No.: | |

Agency Case No.:        21N-94

## Recovery Information

Firearm Recovered

| | | | |
|---|---|---|---|
| Recovery Date: | 01/28/2021 | Time to Crime: | 2715 days |
| Address: | 1231 VALHALLA DR<br>CLEARFIELD, UT 84015 | Vehicle Year: | |
| | | Vehicle Make: | |
| | | Vehicle Model: | |
| | | Vehicle Tag Number: | |
| Location Type: | RESIDENCE | Vehicle Tag State: | |
| | | Vehicle Tag Country: | |

## Dealer Information

### Dealer: 1

| | | | |
|---|---|---|---|
| Business Name: | TGI KNOX TN | | Out of Business |
| Licensee Name: | TG INTERNATIONAL INC | | |
| Address: | 4662 SINGLETON STATION RD<br>LOUISVILLE, TN 37777 | | |
| FFL Number: | 16201596 | Last Inspection: | 07/31/2015 |
| Contact Name: | | Phone: | (865) 977-9707 |
| Invoice Number: | | Transaction Date: | |

### Dealer: 2

| | | | |
|---|---|---|---|
| Business Name: | KENT SHOOTERS SUPPLY | | Out of Business |
| Licensee Name: | RJJ INC | | |
| Address: | 307 WASHINGTON BLVD<br>OGDEN, UT 84404 | | |
| FFL Number: | 98733042 | Last Inspection: | 09/06/2018 |
| Contact Name: | | Phone: | (801) 394-8487 |
| Invoice Number: | | Transaction Date: | 07/26/2013 |

## Purchaser Information

| | | | |
|---|---|---|---|
| Name: | GABRIEL COLIN LEATHERBURY | Criminal History? | N/A |
| Last Known Address: | 5152 S 100 E<br>WASHINGTON TERRACE, UT 84405 | Race: | WHITE |
| | | Sex: | M |
| Purchase Date: | 08/23/2013 | Height: | 5 ft 10 in |
| | | Weight: | 204 lbs |
| DOB: | | | |
| POB: | | | |
| ID 1: | | #: | |
| Country 1: | | | |
| ID 2: | SOCIAL SECURITY | #: | 7033 |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

## Possessor/Associate Information

### Possessor

| | | | |
|---|---|---|---|
| Name: | DANA JEAN STEELE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | F |
| | | Height: | 5 ft 8 in |
| | | Weight: | 175 lbs |
| DOB: | 10/18/1967 | | |
| POB: | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_6158 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 407764EB1 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

### Associate

| | | | |
|---|---|---|---|
| Name: | JUSTIN MICHAEL VANDERWOUDE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | M |
| | | Height: | 5 ft 8 in |
| | | Weight: | 150 lbs |
| DOB: | 10/21/1980 | | |
| POB: | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_9846 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 190028TB7 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

## Administrative Information

| | | |
|---|---|---|
| Priority: | ROUTINE | |
| NCIC Crime Code: | 5212 | POSSESSION OF WEAPON |
| Special Instructions: | | |
| Gang Name: | | |
| Trace Indicators: | NAR - NARCOTICS RELATED | |

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

**Sensitive but Unclassified - For Official Use Only**

[ Back ]

*The information, which is made available thru the eTrace website, is for official law enforcement use only. ATF may only disseminate firearm trace related data to a Federal, State, local, tribal, or foreign law enforcement agency, or a Federal, State, or local prosecutor, solely in connection with and for use in a criminal investigation or prosecution; or a Federal agency for a national security or intelligence purpose. This provision shall not be construed to prevent the sharing or exchange of such information among and between Federal, State, local, or foreign law enforcement agencies, Federal, State, or local prosecutors, and Federal national security, intelligence, or counterterrorism officials.*

If you have difficulty accessing any information in the site due to a disability, please contact us via email ( etraceadmin@atf.gov ) and we will do our best to make the information available to you.

This site is best viewed at 800x600 screen resolution or higher using Internet Explorer 10.0 or higher, Edge, Firefox, or Chrome.

- *You are accessing a U.S. Government information system, which includes: (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.*
- *Unauthorized or improper use of this system may result in disciplinary action, and civil and criminal penalties.*
- *By using this information system, you understand and consent to the following:*
  - *You have no reasonable expectation of privacy regarding any communications transmitted through or data stored on this information system. At any time, the government may monitor, intercept, search and/or seize data transiting or stored on this information system.*
  - *Any communications transmitted through or data stored on this information system may be disclosed or used for any U.S. Government-authorized purpose.*
- *For further information see the Department order on Use and Monitoring of Department Computers and Computer Systems. (NIST 800-53)*



**ATF** **Online**
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

- Home: My Trace Requests
- Create a Trace Request
- Search for Transactions
- Generate Statistical Reports
- Lead Reports
- Contact Us
- Log Off

# Firearm Trace Details

View the Referral Lists associated with this trace                    Printer-Friendly Report(PDF)

[Back]

## Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210049870** | Request Date: | 02/02/2021 |
| Status: | Completed | eTrace User: | MKRUEG1 |
| Completion Date: | 03/17/2021 | | |

## Summary of Results

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:          PER SERIALIZATION, THE S/N IS MISSING DIGITS.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | ROMARM/CUGIR | Type: | RIFLE |
| Caliber: | 762 | | |
| Model: | GP WASR 10/63 | | |
| Serial Number: | 1975FV4994 | Country of Origin: | ROMANIA |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | CAI GEORGIA VT - CENTURY INTL ARMS INC. | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

## Requestor Information

Law Enforcement Agency
UT0290100
OGDEN CITY POLICE DEPARTMENT
2186 LINCOLN AVENUE
OGDEN, UT 84401
UNITED STATES
PHONE (801) 629-8221 Ext:
FAX (801) 629-8086

Officer Last Name:          BURRELL

Officer Suffix:

Officer First Name:          KASEY

Officer Badge No.:

Agency Case No.:      21N-94

## Recovery Information

Firearm Recovered

| | | | |
|---|---|---|---|
| Recovery Date: | 01/28/2021 | Time to Crime: | 2640 days |
| Address: | 1231 VALHALLA DR<br>CLEARFIELD, UT 84015 | Vehicle Year: | |
| | | Vehicle Make: | |
| | | Vehicle Model: | |
| | | Vehicle Tag Number: | |
| Location Type: | RESIDENCE | Vehicle Tag State: | |
| | | Vehicle Tag Country: | |

## Dealer Information

### Dealer: 1

| | | | |
|---|---|---|---|
| Business Name: | C A I / CENTURY ARMS | | |
| Licensee Name: | CENTURY INTL ARMS INC | | |
| Address: | 236 BRYCE BLVD<br>GEORGIA, VT 05454-5529 | | |
| FFL Number: | 60305541 | Last Inspection: | 02/12/2020 |
| Contact Name: | | Phone: | (802) 527-1258 |
| Invoice Number: | | Transaction Date: | |

### Dealer: 2

| | | | |
|---|---|---|---|
| Business Name: | CENTERFIRE SYSTEMS INC | | Out of Business |
| Licensee Name: | UNITED ARMS CORPORATION | | |
| Address: | 102 FIELDVIEW DRIVE<br>VERSAILLES, KY 40383 | | |
| FFL Number: | 46101473 | Last Inspection: | 05/24/2010 |
| Contact Name: | | Phone: | (859) 873-9544 |
| Invoice Number: | | Transaction Date: | 06/28/2013 |

### Dealer: 3

| | | | |
|---|---|---|---|
| Business Name: | KENT SHOOTERS SUPPLY | | Out of Business |
| Licensee Name: | RJJ INC | | |
| Address: | 307 WASHINGTON BLVD<br>OGDEN, UT 84404 | | |
| FFL Number: | 98733042 | Last Inspection: | 09/06/2018 |
| Contact Name: | | Phone: | (801) 394-8487 |
| Invoice Number: | | Transaction Date: | 10/30/2013 |

## Purchaser Information

| | | | |
|---|---|---|---|
| Name: | GABRIEL COLIN LEATHERBURY | Criminal History? | N/A |
| Last Known Address: | 5152 S 100 E<br>WASHINGTON TERRACE, UT 84405 | Race: | WHITE |
| | | Sex: | M |

| Purchase Date: | 11/06/2013 | | Height: | 5 ft 10 in |
| DOB: | 10/31/1981 | | Weight: | 200 lbs |
| POB: | CARROLLTON, KY | | | |
| | UNITED STATES | | | |
| ID 1: | UT   DRIVER'S LICENSE | | #: 193079282 | |
| Country 1: | UNITED STATES | | | |
| ID 2: | SOCIAL SECURITY | | #: 7033 | |
| Country 2: | UNITED STATES | | | |
| Alias Name: | | | Alias DOB: | |

## Possessor/Associate Information

**Possessor**

| Name: | DANA JEAN STEELE | | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR | | Race: | WHITE |
| | CLEARFIELD, UT 84015 | | | |
| | | | Sex: | F |
| | | | Height: | 5 ft 8 in |
| | | | Weight: | 175 lbs |
| DOB: | 10/18/1967 | | | |
| POB: | | | | |
| | UNITED STATES | | | |
| ID 1: | SOCIAL SECURITY | | #:***_**_6158 | |
| Country 1: | UNITED STATES | | | |
| ID 2: | FBI CRIMINAL ID | | #: 407764EB1 | |
| Country 2: | UNITED STATES | | | |
| Alias Name: | | | Alias DOB: | |

**Associate**

| Name: | JUSTIN MICHAEL VANDERWOUDE | | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR | | Race: | WHITE |
| | CLEARFIELD, UT 84015 | | | |
| | | | Sex: | M |
| | | | Height: | 5 ft 8 in |
| | | | Weight: | 150 lbs |
| DOB: | 10/21/1980 | | | |
| POB: | | | | |
| | UNITED STATES | | | |
| ID 1: | SOCIAL SECURITY | | #:***_**_9846 | |
| Country 1: | UNITED STATES | | | |
| ID 2: | FBI CRIMINAL ID | | #: 190028TB7 | |
| Country 2: | UNITED STATES | | | |
| Alias Name: | | | Alias DOB: | |

## Administrative Information

| Priority: | ROUTINE | |
| NCIC Crime Code: | 5212 | POSSESSION OF WEAPON |
| Special Instructions: | | |

| Gang Name: | |
|---|---|
| Trace Indicators: | NAR - NARCOTICS RELATED |

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

## Sensitive but Unclassified - For Official Use Only

Back

*The information, which is made available thru the eTrace website, is* <u>for official law enforcement use only</u>*. ATF may only disseminate firearm trace related data to a Federal, State, local, tribal, or foreign law enforcement agency, or a Federal, State, or local prosecutor, solely in connection with and for use in a criminal investigation or prosecution; or a Federal agency for a national security or intelligence purpose. This provision shall not be construed to prevent the sharing or exchange of such information among and between Federal, State, local, or foreign law enforcement agencies, Federal, State, or local prosecutors, and Federal national security, intelligence, or counterterrorism officials.*

If you have difficulty accessing any information in the site due to a disability, please contact us via email ( etraceadmin@atf.gov ) and we will do our best to make the information available to you.

This site is best viewed at 800x600 screen resolution or higher using Internet Explorer 10.0 or higher, Edge, Firefox, or Chrome.

- *You are accessing a U.S. Government information system, which includes: (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.*
- *Unauthorized or improper use of this system may result in disciplinary action, and civil and criminal penalties.*
- *By using this information system, you understand and consent to the following:*
  - *You have no reasonable expectation of privacy regarding any communications transmitted through or data stored on this information system. At any time, the government may monitor, intercept, search and/or seize data transiting or stored on this information system.*
  - *Any communications transmitted through or data stored on this information system may be disclosed or used for any U.S. Government-authorized purpose.*
- *For further information see the Department order on Use and Monitoring of Department Computers and Computer Systems. (NIST 800-53)*



**ATF Online**
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

- Home: My Trace Requests
- Create a Trace Request
- Search for Transactions
- Generate Statistical Reports
- Lead Reports
- Contact Us
- Log Off

# Firearm Trace Details

View the Referral Lists associated with this trace                 Printer-Friendly Report(PDF)

[ Back ]

## Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210051088** | Request Date: | 02/03/2021 |
| Status: | Completed | eTrace User: | MKRUEG1 |
| Completion Date: | 02/03/2021 | | |

## Summary of Results

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:    THIS FIREARM WAS PREVIOUSLY TRACED FOR C FOLLUM WITH THE WEBER COUNTY SHERIFF'S OFFICE, TRACE NUMBER T20120122544, CASE NUMBER 12-12728, CONTACT NUMBER (801) 778-6602, TRACE COMPLETED ON 04/27/2012.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM) | Type: | REVOLVER |
| Caliber: | 38 | | |
| Model: | 200 | | |
| Serial Number: | AP210314 | Country of Origin: | PHILIPPINES |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | API - ARMSCOR PRECISION INC. PAHRUMP, NV | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

## Requestor Information

| | | |
|---|---|---|
| Law Enforcement Agency | Officer Last Name: | BURRELL |
| UT0290100 | | |
| OGDEN CITY POLICE DEPARTMENT | | |
| 2186 LINCOLN AVENUE | Officer Suffix: | |
| OGDEN, UT 84401 | | |
| UNITED STATES | | |
| PHONE (801) 629-8221 Ext: | Officer First Name: | KASEY |
| FAX (801) 629-8086 | | |

Officer Badge No.:

Agency Case No.:            21N-94

## Recovery Information

Firearm Recovered

Recovery Date:      01/28/2021              Time to Crime:            3315 days
Address:            1231 VALHALLA DR        Vehicle Year:
                    CLEARFIELD, UT 84015
                                            Vehicle Make:

                                            Vehicle Model:
                                            Vehicle Tag Number:
Location Type:      RESIDENCE               Vehicle Tag State:
                                            Vehicle Tag Country:

## Dealer Information

### Dealer: 1

Business Name:      ROCK ISLAND ARMORY/APINTL
Licensee Name:      ARMSCOR PRECISION INTERNATIONAL
Address:            150 N SMART WAY
                    PAHRUMP, NV 89060

FFL Number:         98800908               Last Inspection:          10/20/2016
Contact Name:                              Phone:                    (775) 537-1444
Invoice Number:                            Transaction Date:

### Dealer: 2

Business Name:      WSS QUINCY IL                        Out of Business
Licensee Name:      WILLIAMS SHOOTERS SUPPLY INC
Address:            1813 QUINTRON WAY
                    QUINCY, IL 62305

FFL Number:         33713307               Last Inspection:          11/10/2008
Contact Name:                              Phone:                    (217) 222-4195
Invoice Number:                            Transaction Date:         09/30/2010

### Dealer: 3

Business Name:      RODS ARMORY GALLERY                  Out of Business
Licensee Name:      BEASLEY, RODNEY D
Address:            1557 FOOTHILL DR #A102
                    BOULDER CITY, NV 89005

FFL Number:         98801715               Last Inspection:          06/15/2017
Contact Name:                              Phone:                    (702) 566-5505
Invoice Number:     21046541               Transaction Date:         12/21/2010

## Purchaser Information

Name:               RODNEY DALE BEASLEY          Criminal         N/A
                                                 History?
Last Known          832 BRAHMA LN                Race:            WHITE
Address:            HENDERSON, NV 89002

| | | | |
|---|---|---|---|
| | | Sex: | M |
| Purchase Date: | 01/01/2012 | Height: | |
| | | Weight: | |
| DOB: | 07/16/1951 | | |
| POB: | VA | | |
| | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #: 7977 | |
| Country 1: | UNITED STATES | | |
| ID 2: | | #: | |
| Country 2: | | | |
| Alias Name: | | Alias DOB: | |

## Possessor/Associate Information

**Possessor**

| | | | |
|---|---|---|---|
| Name: | DANA JEAN STEELE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | F |
| | | Height: | 5 ft 8 in |
| | | Weight: | 175 lbs |
| DOB: | 10/18/1967 | | |
| POB: | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_6158 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 407764EB1 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

**Associate**

| | | | |
|---|---|---|---|
| Name: | JUSTIN MICHAEL VANDERWOUDE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | M |
| | | Height: | 5 ft 8 in |
| | | Weight: | 150 lbs |
| DOB: | 10/21/1980 | | |
| POB: | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_9846 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 190028TB7 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

## Administrative Information

| | |
|---|---|
| Priority: | ROUTINE |

| | | |
|---|---|---|
| NCIC Crime Code: | 5212 | POSSESSION OF WEAPON |
| Special Instructions: | | |
| Gang Name: | | |
| Trace Indicators: | NAR - NARCOTICS RELATED | |

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

## Sensitive but Unclassified - For Official Use Only

Back

*The information, which is made available thru the eTrace website, is <u>for official law enforcement use only</u>. ATF may only disseminate firearm trace related data to a Federal, State, local, tribal, or foreign law enforcement agency, or a Federal, State, or local prosecutor, solely in connection with and for use in a criminal investigation or prosecution; or a Federal agency for a national security or intelligence purpose. This provision shall not be construed to prevent the sharing or exchange of such information among and between Federal, State, local, or foreign law enforcement agencies, Federal, State, or local prosecutors, and Federal national security, intelligence, or counterterrorism officials.*

If you have difficulty accessing any information in the site due to a disability, please contact us via email ( etraceadmin@atf.gov ) and we will do our best to make the information available to you.

This site is best viewed at 800x600 screen resolution or higher using Internet Explorer 10.0 or higher, Edge, Firefox, or Chrome.

- *You are accessing a U.S. Government information system, which includes: (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.*
- *Unauthorized or improper use of this system may result in disciplinary action, and civil and criminal penalties.*
- *By using this information system, you understand and consent to the following:*
  - *You have no reasonable expectation of privacy regarding any communications transmitted through or data stored on this information system. At any time, the government may monitor, intercept, search and/or seize data transiting or stored on this information system.*
  - *Any communications transmitted through or data stored on this information system may be disclosed or used for any U.S. Government-authorized purpose.*
- *For further information see the Department order on Use and Monitoring of Department Computers and Computer Systems. (NIST 800-53)*



**ATF** Online
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

- Home: My Trace Requests
- Create a Trace Request
- Search for Transactions
- Generate Statistical Reports
- Lead Reports
- Contact Us
- Log Off

# Firearm Trace Details

View the Referral Lists associated with this trace          Printer-Friendly Report(PDF)

[Back]

## Trace Reference

| | | | |
|---|---|---|---|
| Trace Number: | **T20210051110** | Request Date: | 02/03/2021 |
| Status: | Completed | eTrace User: | MKRUEG1 |
| Completion Date: | 03/28/2021 | | |

## Summary of Results

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

Additional Remarks:          MODEL WAS RECORDED ON FORM 4473 AS PSL54.

**The information in this report must be validated prior to use in any criminal proceedings.**

## Firearm Information

| | | | |
|---|---|---|---|
| Manufacturer: | ROMARM/CUGIR | Type: | RIFLE |
| Caliber: | 762 | | |
| Model: | PSL | | |
| Serial Number: | R-9749-09 | Country of Origin: | ROMANIA |
| Barrel: | | Ballistics No.: | |
| Finish: | | | |
| Importer: | CAI GEORGIA VT - CENTURY INTL ARMS INC. | | |
| Obliterated? | No | Removal Code: | |
| Restored: | | Drill Size: | |
| Identifying Marks: | | | |
| Images Attached: | 0 | | |

## Requestor Information

Law Enforcement Agency
UT0290100
OGDEN CITY POLICE DEPARTMENT
2186 LINCOLN AVENUE
OGDEN, UT 84401
UNITED STATES
PHONE (801) 629-8221 Ext:
FAX (801) 629-8086

Officer Last Name:          BURRELL

Officer Suffix:

Officer First Name:          KASEY

Officer Badge No.:

Agency Case No.:        21N-94

## Recovery Information

Firearm Recovered

| | | | |
|---|---|---|---|
| Recovery Date: | 01/28/2021 | Time to Crime: | 4039 days |
| Address: | 1231 VALHALLA DR | Vehicle Year: | |
| | CLEARFIELD, UT 84015 | Vehicle Make: | |
| | | Vehicle Model: | |
| | | Vehicle Tag Number: | |
| Location Type: | RESIDENCE | Vehicle Tag State: | |
| | | Vehicle Tag Country: | |

## Dealer Information

### Dealer: 1

| | | | |
|---|---|---|---|
| Business Name: | C A I / CENTURY ARMS | | |
| Licensee Name: | CENTURY INTL ARMS INC | | |
| Address: | 236 BRYCE BLVD | | |
| | GEORGIA, VT 05454-5529 | | |
| FFL Number: | 60305541 | Last Inspection: | 02/12/2020 |
| Contact Name: | | Phone: | (802) 527-1258 |
| Invoice Number: | | Transaction Date: | |

### Dealer: 2

| | | | |
|---|---|---|---|
| Business Name: | CENTERFIRE SYSTEMS INC | | Out of Business |
| Licensee Name: | UNITED ARMS CORPORATION | | |
| Address: | 102 FIELDVIEW DRIVE | | |
| | VERSAILLES, KY 40383 | | |
| FFL Number: | 46101473 | Last Inspection: | 05/24/2010 |
| Contact Name: | | Phone: | (859) 873-9544 |
| Invoice Number: | | Transaction Date: | 12/15/2009 |

### Dealer: 3

| | | | |
|---|---|---|---|
| Business Name: | KENT SHOOTERS SUPPLY | | Out of Business |
| Licensee Name: | RJJ INC | | |
| Address: | 307 WASHINGTON BLVD | | |
| | OGDEN, UT 84404 | | |
| FFL Number: | 98733042 | Last Inspection: | 09/06/2018 |
| Contact Name: | | Phone: | (801) 394-8487 |
| Invoice Number: | | Transaction Date: | 12/29/2009 |

## Purchaser Information

| | | | |
|---|---|---|---|
| Name: | GABRIEL COLIN LEATHERBURY | Criminal History? | N/A |
| Last Known Address: | 2335 N MARINE DR APT 10 | Race: | WHITE |
| | PORTLAND, OR 97217 | | |
| | | Sex: | M |

| | | | |
|---|---|---|---|
| Purchase Date: | 01/07/2010 | Height: | 5 ft 10 in |
| | | Weight: | 220 lbs |
| DOB: | 10/31/1981 | | |
| POB: | KY | | |
| | UNITED STATES | | |
| ID 1: | OR    DRIVER'S LICENSE | #: 8548163 | |
| Country 1: | UNITED STATES | | |
| ID 2: | SOCIAL SECURITY | #: 7033 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |
| Notes: | PURCHASER BIRTH CITY RECORDED AS CARROLTON ON FORM 4473. | | |

## Possessor/Associate Information

### Possessor

| | | | |
|---|---|---|---|
| Name: | DANA JEAN STEELE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | F |
| | | Height: | 5 ft 8 in |
| | | Weight: | 175 lbs |
| DOB: | 10/18/1967 | | |
| POB: | | | |
| | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_6158 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 407764EB1 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

### Associate

| | | | |
|---|---|---|---|
| Name: | JUSTIN MICHAEL VANDERWOUDE | Criminal History? | N/A |
| Last Known Address: | 1231 VALHALLA DR CLEARFIELD, UT 84015 | Race: | WHITE |
| | | Sex: | M |
| | | Height: | 5 ft 8 in |
| | | Weight: | 150 lbs |
| DOB: | 10/21/1980 | | |
| POB: | | | |
| | UNITED STATES | | |
| ID 1: | SOCIAL SECURITY | #:***_**_9846 | |
| Country 1: | UNITED STATES | | |
| ID 2: | FBI CRIMINAL ID | #: 190028TB7 | |
| Country 2: | UNITED STATES | | |
| Alias Name: | | Alias DOB: | |

## Administrative Information

| | | |
|---|---|---|
| Priority: | ROUTINE | |
| NCIC Crime Code: | 5212 | POSSESSION OF WEAPON |

| | |
|---|---|
| Special Instructions: | |
| Gang Name: | |
| Trace Indicators: | NAR - NARCOTICS RELATED |

**This report does not constitute a fulfillment of the Interstate Nexus requirement in any Federal, State or Administrative legal process or litigation. That expert testimony or Interstate Nexus determination is made through trained experts who must be contacted at the local ATF Field Office or Field Division Directorate.**

### Sensitive but Unclassified - For Official Use Only

Back

*The information, which is made available thru the eTrace website, is <u>for official law enforcement use only</u>. ATF may only disseminate firearm trace related data to a Federal, State, local, tribal, or foreign law enforcement agency, or a Federal, State, or local prosecutor, solely in connection with and for use in a criminal investigation or prosecution; or a Federal agency for a national security or intelligence purpose. This provision shall not be construed to prevent the sharing or exchange of such information among and between Federal, State, local, or foreign law enforcement agencies, Federal, State, or local prosecutors, and Federal national security, intelligence, or counterterrorism officials.*

If you have difficulty accessing any information in the site due to a disability, please contact us via email ( etraceadmin@atf.gov ) and we will do our best to make the information available to you.

This site is best viewed at 800x600 screen resolution or higher using Internet Explorer 10.0 or higher, Edge, Firefox, or Chrome.

- *You are accessing a U.S. Government information system, which includes: (1) this computer, (2) this computer network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. This information system is provided for U.S. Government-authorized use only.*
- *Unauthorized or improper use of this system may result in disciplinary action, and civil and criminal penalties.*
- *By using this information system, you understand and consent to the following:*
  - *You have no reasonable expectation of privacy regarding any communications transmitted through or data stored on this information system. At any time, the government may monitor, intercept, search and/or seize data transiting or stored on this information system.*
  - *Any communications transmitted through or data stored on this information system may be disclosed or used for any U.S. Government-authorized purpose.*
- *For further information see the Department order on Use and Monitoring of Department Computers and Computer Systems. (NIST 800-53)*

ATTACHMENT B

## **QUALIFICATIONS STATEMENT**

Tyler K. Olson, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Denver Field Division
Salt Lake City Field Office

I, Tyler K. Olson, hereby declare and state:

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since April 2008. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning violations of Federal firearm laws. I was previously employed as an ATF Industry Operations Investigator (IOI) starting in October of 2004. As an IOI, I was responsible for conducting firearm application and compliance inspections for Federal Firearm Licensees (FFLs).

2. I have a Bachelor of Science Degree in Business Administration/Marketing from Weber State University in Ogden, Utah, and a Master of Business Administration Degree from Westminster College in Salt Lake City, Utah. I am currently enrolled at Oklahoma State University working towards a Master of Forensic Science degree specializing in Arson and Explosive Investigation (21 of 32 hours completed).

3. I have received formal training in law enforcement as it pertains to the recognition and identification of firearms and ammunition. This training includes, but is not limited to the following:

   - ATF Industry Operations Investigator Basic Training, ATF National Academy, Glynco, Georgia (2004).
   - Criminal Investigator Training Program, Federal Law Enforcement Training Center, Glynco, Georgia (2008).
   - ATF Special Agent Basic Training, ATF National Academy, Glynco, Georgia (2008).
   - Firearms Interstate Nexus Training, ATF Firearms Technology Branch, Martinsburg, West Virginia (2012).

4. The ATF Firearms Interstate Nexus Training Course in Martinsburg, West Virginia, included specialized training on the definition of firearms, manufacturer and importer marking requirements, examining actual firearm markings, and reference material for researching firearms. I personally examined the ATF Firearms Technology Branch's Reference Collection, which included over 10,000 firearms (now over 14,000 firearms).

5. During the course of my duties, I have had numerous contacts with Federal firearm importers, manufacturers and/or dealers. I have examined thousands of firearms for the purpose of determining the manufacturer and/or importer, model, caliber/gauge,

serial number, place of manufacturer; function and design, and status as related to the Gun Control Act and/or National Firearms Act.

6. I have personally toured many firearm and ammunition manufacturing facilities including *Armscor International, Arsenal, Wild West Guns, Jimenez Arms, Henderson Defense Industries, Rifle Dynamics, Long Mountain Outfitters, Silver State Armory, New Frontier Armory, Nevada Cartridge, Browning Arms, Kodiak Industries, Cobra Enterprises, North American Arms, and OSS Suppressors (Huxwrx)*. I have observed the steps, processes, and equipment used in the manufacturing of firearms and ammunition.

7. I have access to internal ATF databases and other proprietary information relating to firearm tracing, registration, licensing, inspections, firearm markings, variances, and technical reports relating to the identification and classification of firearms and/or ammunition. I regularly receive updated technical information from other ATF personnel involved in interstate nexus determinations.

8. I have accumulated a personal reference library of firearm and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Cartridges of the World, and Ammo Encyclopedia*. I maintain a reference library of historical firearm records and common proof marks utilized by numerous foreign countries. I subscribe to current firearm related magazines such as *Guns and Ammo*, in order to remain familiar with firearms and firearm trends. I have no previous publications.

9. I have acquired knowledge and experience as to the interstate nexus of firearms and ammunition, through my training, FFL inspections, criminal investigations, research, conferring with other experts, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearm laws.

10. I have been recognized as an expert witness in determining the interstate nexus of firearms and ammunition in the United States District Court for the District of Utah and District of Nevada.

11. Previous Testimony:

| Date of Testimony | Court | Case |
|---|---|---|
| 1/31/2023 | U.S. District Court, District of Utah | U.S. v. Brandon Thompson 2:21-CR-316 |
| 12/12/2018 | U.S. District Court, District of Utah | U.S. v. Dean 2:18-CR-128 |
| 7/31/2018 | U.S. District Court, District of Utah | U.S. v. Fernando Samora 2:17-CR-637 |

_____
Tyler K. Olson
Special Agent

Revised 4/19/2023