TRINA A. HIGGINS, United States Attorney (#7349)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
MARIA MOOERS-PUTZER, Assistant United States Attorney (14730)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
nlyon@co.davis.ut.us

RECEIVED CLERK

DEC 18 2023

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DANA JEAN STEELE, Defendant. | **WAIVER OF INDICTMENT** Case No. 1:21-CR-73 Judge Robert J. Shelby |
|---|---|

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

//

//

//

//

//

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_____
DANA JEAN STEELE
Defendant

_____
BEL-AMI DE MONTREUX
Counsel for Defendant

TRINA A. HIGGINS
United States Attorney

_____
NATHAN D. LYON
Special Assistant United States Attorney

DATED this 18th day of December, 2023.

_____
ROBERT J. SHELBY
United States Magistrate Judge

2