TRINA A. HIGGINS, United States Attorney (#7349)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
MARIA MOOERS-PUTZER, Assistant United States Attorney (14730)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682
nlyon@co.davis.ut.us

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANA JEAN STEELE, <br><br> Defendant. | **SUPERSEDING INFORMATION** <br><br> VIOS. 21 U.S.C. §841(b) Possession of Methamphetamine with Intent to Distribute <br><br> Case No. 1:21-cr-73 <br><br> Judge Robert J. Shelby |

The United States Charges:

### COUNT I
21 U.S.C. § 841(b)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 28, 2021, in the Northern Division of the District of Utah,

**DANA JEAN STEELE**,

Defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

TRINA A. HIGGINS
United States Attorney

*/s/ Nathan D. Lyon*
NATHAN D. LYON
Special Assistant United States Attorney