To whom it may concern.

My name is Benjamin Cloward I am a IATSE local 99 card holding union member. For our union am a supervisor and a trainer. I am a born again Christian. I was radically healed of drug addiction 16 years ago when I gave my life to Jesus. I met Dana Steele in August 2021. I was working with her one day and I began sharing with her my understanding of Jesus and the Bible. She was brought to tears by the information, she told me shad had been praying to God and ask for help and that she had recently quit doing drugs and alcohol. I began to explain to her how I was healed and that you really need Jesus to help you with your Journey. As we continued to work together I bought her a book that explain what the New Covenant is. The book is called Destin to Reign by Josheph Prince. As I continued to see her from time to time and she was reading the book and it was helping her. We became good friends over time she has been to a couple Christian meeting at my house I have watched her grow as a person as she follows the Lord Jesus. I believe that through the grace of Jesus she has been made a new person according to 2 Corinthians 5:17 Therefore if anyone is in Christ they are a new creation; the old things have passed away; behold, new things have come.

Dana has become a good friend of mine. She is a very teachable person. Whenever I teach her something, whether it be about life skills or a new position at work, she's humble enough to listen & picks up and applies the information quick. I truly believe that her main goal in life is to be completely different from how she used to be.

I would like to thank this court for its time.

Sincerely,

Benjamin Cloward.