robert f. regan<br>
1229 valhalla drive<br>
clearfield, utah 84015<br>
385-299-1229

29 july 2024

Judge Shelby
Marissa mitigation@gmail.com

RE: Dana Steele

Dear Sir:

Usually when I am asked to write a letter for someone I have a good address and use proper formatting. I even pull out the 25% rag bond paper, and of course, sign in blue ink. But alas, all I have is this email address. So forgive me, I must use what I have.

I've known Dana for the 30 years that I've owned the house next to her. She's been a good neighbor. When I've been away from my house she's stepped in to mow the lawn or shovel the walk. She's even, in her own colorful language, asked folks who were casing the joint, pounding on the door and looking through the windows, to vacate the premises. She was, I'm certain, using more direct and forceful words, never considering the word "vacate" in that conversation. But that's Dana, my good neighbor.

I don't think she should be sent away as punishment because doing so is a huge waste of dollars. It costs, the last I read, $55,000 a year to house an inmate in prison. She's not the kind of threat that would justify spending that amount of money. And, by being locked up, it prevents her earning wages and paying taxes on those wages. I see it as a double whammy. A lose/lose. So to save money, please let her remain free. That's Dana, my good neighbor.

Thanking you in advance, I remain,

Sincerely yours,

robert f. regan